STERNBERG & COMPANY (A CORPORATION), PLAINTIFF IN ERROR, v. LEHIGH VALLEY RAILROAD COMPANY, DEFENDANT IN ERROR.

Argued June 29, 1910—Decided November 14, 1910.

On error to the Supreme Court, whose opinion is reported in 49 *Vroom* 277.

For the plaintiff in error, *Otto A. Stiefel.*

For the defendant in error, *McCarter & English.*

PER CURIAM.

The judgments under review in these cases should be affirmed, for the reasons expressed in the opinion delivered by Mr. Justice Voorhees in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, SWAYZE, TRENCHARD, PARKER, MINTURN, BOGERT, VREDENBURGH, VROOM, DILL, CONGDON, JJ. 11.

*For reversal*—None.